# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**THELMA WILLIAMS, JR**                                                         **PLAINTIFF**
**ADC #93197**

**V.**                            **4:11CV00250-BRW**

**D.P. MARSHALL, JR.**                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of March, 2011.

                                                                         /s/Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE